```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION
```

BATHSCHEBA VICTOR                  :
                                   :
        Plaintiff,                 :    CIVIL ACTION
                                   :
        v.                         :    NO. 1:13-CV-359-TWT-ECS
                                   :
GEORGIA-TEXAS OPERATING            :
COMPANY, *doing business as* Taco  :
Bell, and                          :
MARIA G. PAIR                      :
                                   :
        Defendants.                :

## FINAL REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Court having been advised by counsel for Defendants that the parties have reached a settlement,

**IT IS RECOMMENDED** that this action be **ADMINISTRATIVELY CLOSED**.[1] The Court retains complete jurisdiction to vacate this order and to re-open the action upon cause shown within ninety (90) days from this date that settlement has not been completed and further litigation is necessary. The parties may also file a stipulation of dismissal with prejudice during this time.

There being no more claims to adjudicate, the Clerk is **DIRECTED** to terminate the reference to the undersigned magistrate judge.

---

[1] Administrative closing is a docket-control device used by the Court for statistical purposes. It does not affect the Court's jurisdiction over the case or the rights of the parties. Time will not accrue toward case filing deadlines or statutory limitation periods while the case is administratively closed.

**SO REPORTED AND RECOMMENDED**, this 23rd day of October, 2013.

s/ <i>E. Clayton Scofield</i><br>
E. CLAYTON SCOFIELD III<br>
UNITED STATES MAGISTRATE JUDGE