IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BATHSCHEBA VICTOR,<br><br>   Plaintiff,<br><br>  v.<br><br>GEORGIA-TEXAS OPERATING COMPANY doing business as Taco Bell, et al.,<br><br>   Defendants. | CIVIL ACTION FILE<br>NO. 1:13-CV-359-TWT |

## ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 29] of the Magistrate Judge recommending closing the case administratively. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Clerk is directed to close the case.

SO ORDERED, this 25 day of November, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Victor\r&r.wpd