IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BATHSCHEBA VICTOR,

   Plaintiff,

  v.

GEORGIA-TEXAS OPERATING
COMPANY doing business as
Taco Bell, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:13-CV-359-TWT

ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 29] of the Magistrate Judge recommending closing the case administratively. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Clerk is directed to close the case.

SO ORDERED, this 25 day of November, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Victor\r&r.wpd